**Virgil John ETCHIESON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 36128.

Court of Criminal Appeals of Texas.

Oct. 7, 1964.

Clyde W. Woody, Houston, for appellant.

Henry Wade, Dist. Atty., A. D. Jim Bowie, George Milner, James H. Miller, William F. Alexander, Frank Watts and C. M. Turlington, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

Our opinion affirming this conviction is reported in Tex.Cr.App., 372 S.W.2d 690.

The Supreme Court of the United States, on June 22, 1964, vacated the judgment and remanded the case, Etchieson v. Texas, 378 U.S. 589, 84 S.Ct. 1932, 12 L.Ed.2d 1041 (1964), to this Court for consideration in light of Aguilar v. Texas, 378 U.S. 108, 84 S.Ct. 1509, 12 L.Ed.2d 723 (1964).

The holding of the Supreme Court of the United States in Aguilar v. Texas is binding upon this Court and requires reversal of this conviction.

Accordingly, the judgment is reversed and the cause is remanded.